**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG 6431)
NH&S File No.: 68000284LCG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

NAVIGATORS MANAGEMENT COMPANY
as Subrogee of NANKAI TRANSPORT,

      Plaintiff,

 -against-

TRANSCONTINENTAL SERVICES, INC.
and CALIFORNIA CARTAGE COMPANY,

      Defendant.
-------------------------------------------------------------x

Case No.: 07 Civ.   (   )

07 CIV 5780

JUDGE MARRERO

**STATEMENT PURSUANT
TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

 None.

Dated: New York, New York
   June 15, 2007

             _/s/ Lawrence C. Glynn_
             Lawrence C. Glynn (LG 6431)