```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
NAVIGATORS MANAGEMENT COMPANY,      :
                                    :    07 Civ. 5780 (VM)
              Plaintiff,            :
                                    :
     -against-                      :    ORDER
                                    :
TOTAL TERMINALS INTERNATIONAL,      :
LLC, et al.,                        :
                                    :
              Defendants.           :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendant Hanjin Shipping Co. herein on June 19, 2007 and that the answer to the complaint from this defendant was due by July 9, 2007. The Court's public file for this case contains no record that such answer has been made and that no other defendant has been served. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to inform the Court by July 25, 2007 of the status of this matter and plaintiff's contemplation with respect to further proceedings in this case. In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          17 July 2007

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____