# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
ROBERT A. NOVAK
THOMAS M. RITTWEGER †
BARBARA A. SHEEHAN
TERRY L. STOLTZ
NOOSHIN NAMAZI †

SAMUEL C. COLUZZI †
LAWRENCE C. GLYNN †
VAL WAMSER †
EDWARD L. DOHERTY
KEVIN J. O'MALLEY
GUERRIC RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON
SCOTT D. CLAUSEN †
JANA SPERRY †

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
  ALSO ADMITTED IN CONNECTICUT
  ALSO ADMITTED IN NORTH CAROLINA

WALLSTREET PLAZA
88 PINE STREET
SEVENTH FLOOR *
NEW YORK, NY 10005-1801
TELEPHONE  212-220-3830
TELECOPIER  212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601

TELEPHONE  201-343-0970
TELECOPIER  201-343-5882

JUL 23 2007

July 20, 2007

Writer's direct dial: 212-220-3839
Direct e-mail: lglynn@nicolettihornig.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-07
```

Honorable Victor Marrero
United States District Judge
United States District Court
Mail Room
40 Centre Street
New York, New York 10007

Re: **Navigators Management Company a/s/o Nankai Transport v.
Total Terminals International, LLC, et al.**
Case No:      07 Civ 5780 (VM)
Our File No.: 68000284

Dear Judge Marrero:

  Our office represents plaintiff, Navigators Management Company, in the above referenced matter. In furtherance to Your Honor's July 18, 2007 Order, please be advised that the Summons and Complaint was sent to defendants in accordance with Fed. R. Civ. P. 4(d) on June 19, 2007. To date, defendant Hanjin Shipping is the only defendant to have waived service. Accordingly, it will be necessary for plaintiff to now effectuate formal service on the remaining defendants, Total Terminals and Lansheng Logistics Co., Ltd. With respect to the latter, as this entity is located in China, it will be necessary to serve in accordance with the Hague Convention. As Your Honor is aware, service of entities in China pursuant to the Convention may take as long as 6 months to 1 year.

  In addition to the foregoing, we have now learned through preliminary discovery that there is an additional entity, COSCO Shipping, which has not been named. Accordingly, plaintiff intends

Hon. Victor Marrero  
July 20, 2007  
page 2

to amend the complaint to include COSCO who, upon information and belief, issued the ocean bill of lading covering this shipment.

Respectfully yours,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*

Lawrence C. Glynn

LCG/

cc:   Total Terminals International, LLC
      301 Hanjin Road
      Long Beach, CA 90802

      Hanjin Shipping Co. Ltd.
      (American Headquarters)
      80 East Route 4
      Suite 490
      Paramus, New Jersey 07652
      Attn: Charles Min

      Lansheng Logistics Co., Ltd.
      Room 302
      Shanghai Bund International Tower 3/F
      99 Huangpu Rd
      Shanghai, Hongkou 200080 China

---

*[Handwritten stamped order:]*

The Court acknowledges plaintiff's response to the Court's Order dated 7-18-07. The Clerk of Court is directed to place this case on the Court's Suspense Docket pending completion of service on defendants overseas pursuant to the Hague Convention. Plaintiff may proceed to amend the complaint to include additional defendants

**SO ORDERED:** as appropriate.

7-26-07

VICTOR MARRERO, U.S.D.J.

---

v:\shared\lcg\litigation\honmarrero.68-284