MARRERO, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NAVIGATORS MANAGEMENT COMPANY
as Subrogee of NANKAI TRANSPORT,

          Plaintiff,

-against-

TOTAL TERMINALS INTERNATIONAL, LLC,
HANJIN SHIPPING CO. LTD., and
LANSHENG LOGISTICS CO., LTD.,

          Defendants.
-----------------------------------------------------------x

Case No.: 07 Civ. 5780 (VM)

**NOTICE AND ORDER OF PARTIAL DISCONTINUANCE**

PLEASE TAKE NOTICE that the above captioned matter is hereby discontinued as against defendant HANJIN SHIPPING CO. LTD., only, pursuant to Fed. R. Civ. P. Rule 41(a)(1) without prejudice.

          Yours, etc.,

          NICOLETTI HORNIG & SWEENEY
          Attorneys for Plaintiff

          By: _____
          Lawrence C. Glynn (LG 6431)
          Wall Street Plaza
          88 Pine Street
          New York, New York
          (212) 220-3830
          NH&S File No.: 68000284LCG

Dated: New York, New York
      30 July, 2007

SO ORDERED: _____
                    Victor Marrero   U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-07