UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
NAVIGATORS MANAGEMENT COMPANY,        :
                                      :    07 Civ. 5780 (VM)
                Plaintiff,            :
                                      :
    -against-                         :        **ORDER**
                                      :
TOTAL TERMINALS INTERNATIONAL,        :
LLC, et al.,                          :
                                      :
                Defendants.           :
-----------------------------------X
**VICTOR MARRERO, United States District Judge.**


        By Memo-endorsed Order dated July 27, 2007, the Court placed this

case on the Court's Suspense Docket pending service on foreign

defendants.  Accordingly, it is hereby

        **ORDERED** that in accordance with the Court's Order dated July 27,

2007 the Clerk of Court is directed to place this case on the Court's

Suspense Docket.


**SO ORDERED.**

Dated:      New York, New York
            31 July 2007

                                        _____
                                          VICTOR MARRERO
                                             U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-07