```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NAVIGATORS MANAGEMENT COMPANY,       :
                                     :    07 Civ. 5780 (VM)
              Plaintiff,             :
                                     :
     -against-                       :    ORDER
                                     :
TOTAL TERMINALS INTERNATIONAL,       :
LLC, et al.,                         :
                                     :
              Defendants.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated July 31, 2007, the Court granted the request of plaintiff Navigators Management Company herein to place this case on the Court's Suspense Docket pending the completion of service on defendants overseas. No further correspondence with the Court or other proceedings have been recorded in this action since then. Accordingly, it is hereby

**ORDERED** that plaintiff herein is directed to advise the Court as to the status of the service on defendants herein, indicating whether further proceedings in this Court are still contemplated. In the event no timely response is made to this Order by March 21, 2008, the Court may direct that the action be dismissed and the case closed.

**SO ORDERED.**

Dated:    New York, New York
          12 March 2008

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08
```