UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NAVIGATORS MANAGEMENT COMPANY
as Subrogee of NANKAI TRANSPORT,

                Plaintiff,

-against-

TOTAL TERMINALS INTERNATIONAL, LLC,
HANJIN SHIPPING CO. LTD., and
LANSHENG LOGISTICS CO., LTD.,

                Defendants.
------------------------------------------------------------x

Case No.:   07 Civ. 5780 (VM)

**NOTICE AND ORDER
OF DISCONTINUANCE**

PLEASE TAKE NOTICE that the above captioned matter is hereby discontinued in its entirety pursuant to Fed. R. Civ. P. Rule 41(a)(1) without prejudice.

Yours, etc.,

**NICOLETTI HORNIG & SWEENEY**
Attorneys for Plaintiff

By: _____
Lawrence C. Glynn (LG 6431)
Wall Street Plaza
88 Pine Street
New York, New York
(212) 220-3830
NH&S File No.:  68000284LCG

Dated: New York, New York
        18 March, 2008

SO ORDERED: *The Clerk of Court is directed to withdraw any pending motions herein and to close this case*

_____
Victor Marrero     U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

To:    Hanjin Shipping Co. Ltd.
(American Headquarters)
80 East Route 4
Suite 490
Paramus, New Jersey 07652
Attn:   K. Charles Min

Total Terminals International, LLC
301 Hanjin Road
Long Beach, CA 90802

Lansheng Logistics Co., Ltd.
Room 302
Shanghai Bund International Tower 3/F
99 Huangpu Rd
Shanghai, Hongkou 200080 China